RECEIVED

FEB 1 6 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-60007-03 |
|---|---|---|
| VERSUS | * | JUDGE DOHERTY |
| JESSE JOSEPH VILTZ | * | MAGISTRATE JUDGE METHVIN |

## RULING ON THIRD AMENDED MOTION FOR DISCOVERY
*(Rec. Docs. 144 & 162)*

Before the court is defendant Jesse Joseph Viltz's third motion for discovery filed on January 12, 2007, which seeks five categories of documents from the government.[1] On January 23, 2007, the defendant moved to withdraw four of the five categories of requested documents.[2] The government responded to the defendant's motion on January 30, 2007.[3]

After withdrawing four of the five categories of requested documents, the only documents that the defendant seeks are the following:

> "A copy of the state search warrants, affidavit supporting search warrant(s) and return on search warrant for October 2, 2003 arrest by New Iberia Police Department."

In its response brief, the government asserts that the foregoing documents were provided to defense counsel in correspondence dated September 21, 2006. Considering the foregoing, the undersigned concludes that the instant motion is moot, as the requested information has already been provided to defense counsel.

In light of the foregoing,

---

[1] Rec. Doc. 144.

[2] Rec. Doc. 149.

[3] Rec. Doc. 160.

2

**IT IS HEREBY ORDERED** that defendant Jesse Joseph's third amended motion for discovery (Rec. Doc. 162) is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that the Clerk shall FAX a copy of this order to all counsel of record.

Signed at Lafayette, Louisiana on February 16, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

COPY SENT:
DATE: 2/16/07
BY: CW
TO: mem

Billeaud
Block
Bonin
Grayson
Guilbeau
Stanford
Stockstill
} w/a fax

mem: C:\WPDOCS\crimfrmsmem\0660007.Viltz.Discovery.Rul.wpd 2/16/07