RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3-30-07

RECEIVED
FEB 2 7 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-60007-03 & 04 |
| VS. | JUDGE DOHERTY |
| JESSE JOSEPH VILTZ (03)<br>JUSTIN ANTHONY VILTZ (04) | MAGISTRATE JUDGE METHVIN |

## RULING ON MOTION TO SUPPRESS
*(Rec. Doc. 155)*

Before the court is a Report and Recommendation dated February 27, 2007, by United States Magistrate Judge Mildred E. Methvin on a motion to suppress filed by defendants Jesse Joseph Viltz and Justin Anthony Viltz on January 31, 2007. No objections have been filed.

After an independent review of the record and the applicable jurisprudence, this Court concludes that the Report and Recommendation of the magistrate judge is correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that the motion to suppress filed by defendants Jesse Joseph Viltz and Justin Anthony Viltz is **DENIED.**

Lafayette, Louisiana this 29 day of March, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 3/30/07
BY
TO